# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )    2:12-CR-247-GMN-(PAL)
                                    )
ENOC ADRIAN RENTERIA,               )
                                    )
            Defendant.              )

# PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 19, 2012, defendant ENOC ADRIAN RENTERIA pled guilty to a One-Count Criminal Information charging him with Conspiracy to Commit Health Care Fraud in violation of Title 18, United States Code, Sections 371 and 1347. Information, ECF No. 4; Plea Agreement, ECF No. 7; Minutes of Change of Plea Proceedings, ECF No. 9.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Information and agreed to in the Plea Memorandum and the offense to which defendant ENOC ADRIAN RENTERIA pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 7; Minutes of Change of Plea Proceedings, ECF No. 9.

The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(7); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Sections 24, 371, and 1347:

. . .

1         a.         $64,497.10 in United States Currency, seized on May 21, 2012, from Chase Bank account ending in 9340.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ENOC ADRIAN RENTERIA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

        Michael A. Humphreys
        Assistant United States Attorney
        Daniel D. Hollingsworth
        Assistant United States Attorney
        Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
        Las Vegas, Nevada 89101.

. . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.
5    **DATED** this 4th day of September, 2012.

_____
Gloria M. Navarro
United States District Judge