# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ENOC ADRIAN RENTERIA,

    Defendant.

2:12-CR-247-GMN-(PAL)

## FINAL ORDER OF FORFEITURE

On September 4, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Sections 24, 371, and 1347, based upon the plea of guilty by defendant ENOC ADRIAN RENTERIA to a criminal offense, forfeiting specific property alleged in the Information and agreed to in the Plea Agreement and shown by the United States to have a requisite nexus to the offense to which defendant ENOC ADRIAN RENTERIA pled guilty. Information, ECF No. 4; Plea Agreement, ECF No. 7; Change of Plea Minutes, ECF No. 9; Preliminary Order of Forfeiture, ECF No. 18.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 9, 2012, through October 8, 2012, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right

to petition the Court. Notice of Filing Proof of Publication, ECF No. 29; Notice of Filing Service of Process, ECF No. 45.

On January 25, 2013, Suzzette Glamaris Fontanez was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 45, p. 2 and 8-12.

On January 3, 2013, Maurice Vargas, Manager, Nikki, LLC, was served by certified mail and regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 45, p. 13-14, 20-27, and 33-37.

On January 3, 2013, Fountainhead Associates, Inc. Registered Agent for Nikki, LLC, was served by certified mail and regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 45-1, p. 1-2, 8-15, and 22-26.

On April 12, 2013, David McCune, President Laborers Local 872, was served by certified mail and regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 45-1, p. 27-31, 35-43, and 47-49.

On April 12, 2013, Thomas White, Treasurer and Business Manager Laborers Local 872, was served by certified mail and regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 45-2, p. 1-5, 9-17, and 21-23.

On April 12, 2013, Patrick Donovan, Secretary Laborers Local 872, was served by certified mail and regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 45-2, p. 24-28, 32-40, and 44-46.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and

(B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 982(a)(7); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 24, 371, and 1347; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

      a.      $64,497.10 in United States Currency, seized on May 21, 2012, from Chase Bank account ending in 9340.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 14th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge